1020

Vienna, VA; CORTLAND CHRISTOPHER PUTBRESE, Richmond, VA.

DAVID MICHAEL UNDERHILL, Boies, Schiller & Flexner, LLP, Washington, DC, argued for defendants-appellants. Also represented by STACEY K. GRIGSBY, ERIC J. MAURER; ELANA ARAJ, ROBERT THOMAS MALDONADO, Cooper & Dunham, LLP, New York, NY.

(Lourie, Reyna, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

STEVEN JOHN HULTQUIST, Hultquist, PLLC, Chapel Hill, NC, argued for appellant. Also represented by MARY B. GRANT.

MICHAEL SUMNER FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT J. McMANUS, LORE A. UNT.

(Prost, Chief Judge, Schall and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**ZOOMESSENCE, INC., Appellant**

v.

**Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor**

2017-1581

United States Court of Appeals, Federal Circuit.

January 16, 2018

**Darren L. DEFLANDERS, Claimant-Appellant**

v.

**David J. SHULKIN, Secretary of Veterans Affairs, Respondent-Appellee**

2017-2468

United States Court of Appeals, Federal Circuit.

Decided: January 17, 2018